UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DEL KOSTANKO, ) | |
|     PLAINTIFF, ) | |
| ) | NO. 1:17-CV-806 |
| v. ) | |
| ) | HON. PAUL L. MALONEY |
| MVM, INC., ) | |
|     DEFENDANT. ) | |
| ) | |

In accordance with the opinion and order entered on this date, and pursuant to Federal Rule of Civil Procedure 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

Date: December 13, 2018                         /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge